```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )    2:09-CR-00204-JAM
                                   )
12            Plaintiff,           )    PRELIMINARY ORDER OF
                                   )    FORFEITURE
13       v.                        )
                                   )
14  MARK KESSELL,                  )
                                   )
15            Defendant.           )
    _____)
16
17       Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Mark Kessell it is hereby
19       ORDERED, ADJUDGED AND DECREED as follows:
20       1.  Pursuant to 18 U.S.C. § 2253, defendant Mark Kessell's
21  interest in the following property shall be condemned and
22  forfeited to the United States of America, to be disposed of
23  according to law:
24            a)   Dell Dimension 8400 desktop tower computer SN
                   D82T171 w/Seagate Barracuda ST3160023AS 160 GB
25                 hard drive, 5MT0T4HD;
26            b)   HP Pavilion dv6000 desktop computer, SN CNF7211D3L
                   w/ Samsung HM120JI 120 GB hard drive, SN
27                 S116JD0P514633;
28            c)   Iomega LPHD100-U 100GB USB hard drive, SN
```

1            FYCH140022;

2     d)    Dell Dimension 8400 desktop tower computer, SN 782T171 w/ Seagate Barracuda ST3160815AS 160 hard drive, SN 9RX5HKZ6;

4     e)    Seagate Barracuda ST3160023AS 160 GB hard drive, SN 5MT0T3HE; and

6     f)    Dell Inspiron 18200 laptop computer, SN 7354521 with IBM TravelStar IC25N030ATCS04 30 GB hard drive, SN CSH305DADJJSKB.

    2.    The above-listed property constitutes or is traceable to gross profits or other proceeds obtained from a violation of 18 U.S.C. § 2252(a)(4)(B), or was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

    3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

    4.    a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

    SO ORDERED this 21st day of July, 2009.

                              /s/ John A. Mendez  
                              JOHN A. MENDEZ  
                              United States District Judge