1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant Mark Kessell

6

7

8

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA          )   CASE NO.     2:09-CR-0204 JAM
                                      )
13            Plaintiff,              )
                                      )   STIPULATION AND
14       v.                           )   (PROPOSED) ORDER
                                      )   RE: CONTINUANCE OF
15  MARK KESSELL,                     )   SENTENCING DATE
                                      )
16                                    )   Date:   Sept 29, 2009
              Defendant.              )   Time:   9:30 a.m.
17  _____ )

18

19       With the Court's permission, defendant MARK KESSELL and the UNITED STATES

20  OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to

21  continue Mark Kessell's sentencing from the presently scheduled date of September 29, 2009 to

22  October 20, 2009 at 9:30 a.m.

23       This continuance is based upon the continuing cooperation of the defendant with the

24  United States Department of Justice in its investigation and prosecution of other persons in this

25  case.

26  //

27  //

28  //

1    U.S. Probation Officer Tom Brown is aware of this requested continuance and has no

2    objection.

3    IT IS SO STIPULATED.

4

5    DATED:        August 20, 2009          /s/ Laurel White
                                            Assistant United States Attorney
6

7
     DATED:        August 20, 2009          /s/ William J. Portanova
8                                           WILLIAM J. PORTANOVA
                                            Attorney for Defendant William T. Bridge
9

10

11   **IT IS SO ORDERED.**

12
     **DATED: August 21, 2009**            **/s/ John A. Mendez**
13                                          **THE HON. JOHN A. MENDEZ**
                                            **United States District Court**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28