1  LAWRENCE G. BROWN
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00204-JAM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| MARK KESSELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about July 22, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Mark Kessell forfeiting to the United States the following property:

  a) Dell Dimension 8400 desktop tower computer SN D82T171 w/Seagate Barracuda ST3160023AS 160 GB hard drive, 5MT0T4HD;

  b) HP Pavilion dv6000 desktop computer, SN CNF7211D3L w/ Samsung HM120JI 120 GB hard drive, SN S116JD0P514633;

  c) Iomega LPHD100-U 100GB USB hard drive, SN FYCH140022;

  d) Dell Dimension 8400 desktop tower computer, SN 782T171 w/ Seagate Barracuda ST3160815AS 160 hard

1  drive, SN 9RX5HKZ6;

2  e)  Seagate Barracuda ST3160023AS 160 GB hard drive, SN 5MT0T3HE; and

3
4  f)  Dell Inspiron 18200 laptop computer, SN 7354521 with IBM TravelStar IC25N030ATCS04 30 GB hard drive, SN CSH305DADJJSKB.
5

6  AND WHEREAS, beginning on July 24, 2009, for at least 30
7  consecutive days, the United States published notice of the
8  Court's Order of Forfeiture on the official internet government
9  forfeiture site www.forfeiture.gov.  Said published notice
10 advised all third parties of their right to petition the court
11 within sixty (60) days from the first day of publication of the
12 notice for a hearing to adjudicate the validity of their alleged
13 legal interest in the forfeited property;

14 AND WHEREAS, the Court has been advised that no third party
15 has filed a claim to the subject property, and the time for any
16 person or entity to file a claim has expired.

17 Accordingly, it is hereby ORDERED and ADJUDGED:

18 1.  A Final Order of Forfeiture shall be entered forfeiting
19 to the United States of America all right, title, and interest in
20 the above-listed property pursuant to 18 U.S.C. § 2253, to be
21 disposed of according to law, including all right, title, and
22 interest of Mark Kessell.

23 2.  All right, title, and interest in the above-listed
24 property shall vest solely in the United States of America.

25 3.  The U.S. Marshals Service shall maintain custody of and
26 ///
27 ///
28 ///

control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of October, 2009.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge